# Tom Green County
## District Clerk
### Sheri Woodfin



**112 W Beauregard**                                         **325-659-6579**
**San Angelo TX 76903**                                 **Fax - 325-659-3241**

**July 25, 2014**
Received via e-mail 1/20/15

Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Re:    Court of Appeals Number:  03-14-00655-CR
         Trial Court Case Number:    D-13-0958-SA

Style:   Nathaniel J. Frazier, Jr.
            v. The State of Texas

Dear Mr. Kyle,

In reference to the letter dated January 12, 2015 from the Third Court of Appeals, it stated the Supplemental Clerk's Record be submitted no later than **Thursday, January 22, 2015**. We are not able to submit the record at this time since we have not received the "Trial's Court Certification of Defendant's Right to Appeal" from the defendant's Attorney Mr. Justin Mock. I have notified the Attorney in reference to this matter with another attachment of the Trial's Court Certification.

Very truly yours,

REBECCA P. DOUGLAS

Rebecca Douglas District
Deputy Clerk Court Service
Unit
112 West Beauregard San Angelo, Texas
76903 rebecca.douglas@co.tom.green.tx.us